# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1854

_____

United States of America,      *
                                      *

           Appellee,     *

                              *   Appeal from the United States
      v.                   *   District Court for the
                              *   Eastern District of Arkansas.

James Johnson,           *

                              *       [UNPUBLISHED]
          Appellant.     *

_____

Submitted:  November 25, 2003

Filed:  December 10, 2003

_____

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, James Johnson (Johnson) challenges the sentence the district court[1] imposed following his guilty plea to possession of marijuana and unregistered destructive devices. Having carefully reviewed the record, we find the district court understood it could depart downward and the district court's refusal to depart downward on the grounds Johnson offered (singly or in the aggregate) was an

_____

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

entirely discretionary decision, and thus it is unreviewable.  See United States v. Booker, 186 F.3d 1004, 1007 (8th Cir. 1999).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____